

5 Greentree Centre
525 Route 73 North, Suite 410
Marlton, NJ 08053
P: 856.797.9951 | F: 856.797.9978

1515 Market Street, Suite 1200
Philadelphia, PA 19102
P: 215.564.1721 | F: 215.564.1769

315 Madison Ave., 3rd Floor
New York, NY 10017
P: 646.979.3642

**VIA ECF & FACSIMILE**
Honorable A. Kathleen Tomlinson
100 Federal Plaza
Courtroom 910
Central Islip, NY 11722-9014

    Re:    Abante Rooter and Plumbing, Inc. v. Shore Funding Solutions, Inc.
            **Case No.: 2:17-cv-06499-ADS-AKT**

Dear Magistrate Judge Tomlinson:

    We represent the plaintiff in the above referenced matter. Due to a conflict with a motion hearing, we write to respectfully request the adjournment of the Discovery Status Conference scheduled for May 30, 2018 at 11:30 a.m. in this matter.

    Briefly, the undersigned represents a plaintiff and putative class in a case pending in the District of New Jersey, Trenton vicinage, captioned *Bailey v. CVS Pharmacy, Inc*., Case No., 3:17-cv-11482-PGS-LHG. Tomorrow, the Court shall be entertaining oral argument on Defendants' Motion to Strike Out-of-State Class Allegations in that matter. Due to this conflict, the undersigned respectfully requests a brief adjournment of the conference scheduled in this matter. We have not requested any other adjournments of this Conference. In addition, we have made several requests for our adversary's consent but did not hear back from him.

    We thank the Court for its consideration of this request.

                                      Respectfully submitted,

                                      Ross H. Schmierer, Esq.

cc: All counsel of record (via ECF)


Stephen P. DeNittis** | Joseph A. Osefchen | Shane T. Prince* | Ross H. Schmierer** | Joseph A. D'Aversa

* Member of the NJ & PA Bar
** Member of the NJ & NY Bar
† Certified Civil Trial Attorney by the Supreme Court of New Jersey

