UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>SHORE FUNDING SOLUTIONS, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendant. | Civil Case No.: 2:17-cv-06499-ADS-AKT<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

**PLEASE TAKE NOTICE** that, at a time and date specified by this Court, the undersigned will move the Court for an Order, pursuant to Fed. R. Civ. Pr. 37 and 55(b)(2), granting Plaintiff's Motion for a Default Judgment against Defendant Shore Funding Solutions, Inc. In support of its motion, Plaintiff respectfully submits the annexed memorandum of Law, the Declaration of Ross H. Schmierer, Esq., and Affidavit of Abante Rooter and Plumbing, Inc. with relevant attachments.

Dated: New York, NY
　　　　July 27, 2018　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　s/ Ross H. Schmierer
　　　　　　　　　　　　　　　　　　　　　　　Ross H. Schmierer, Esq. (RS-7215)
　　　　　　　　　　　　　　　　　　　　　　　315 Madison Avenue, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (646) 979-3642
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (856) 797-9978

　　　　　　　　　　　　　　　　　　　　　　　Law Offices of Todd M. Friedman, P.C.
　　　　　　　　　　　　　　　　　　　　　　　 21550 Oxnard St., Ste 780
　　　　　　　　　　　　　　　　　　　　　　　Woodland Hills, CA 91367
　　　　　　　　　　　　　　　　　　　　　　　Tel: 877-206-4741
　　　　　　　　　　　　　　　　　　　　　　　tfriedman@attorneysforconsumers.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

1