UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ABANTE ROOTER AND PLUMBING, INC.,
individually and on behalf of all others similarly
situated,

                Plaintiff,                            **JUDGMENT**
                                                            CV 17-6499 (GRB)(AKT)
  -against-

SHORE FUNDING SOLUTIONS, INC., and
DOES 1 through 10 inclusive,

                Defendants.
------------------------------------------------------------------ X

      An electronic Order Dismissing Case of Honorable Gary R. Brown, United States District Judge, having been filed on September 8, 2020, dismissing this case for plaintiff's failure to prosecute, and directing the Clerk of the Court to close this case, it is

      **ORDERED AND ADJUDGED** that plaintiff Abante Rooter and Plumbing, Inc., take nothing of defendants Shore Funding Solutions, Inc., and Does 1 through 10; that this case is dismissed for plaintiff's failure to prosecute; and that this case is closed.

Dated: September 9, 2020
       Central Islip, New York

                                                                     DOUGLAS C. PALMER
                                                                     Clerk of the Court

                                                   By:    /s/ James J. Toritto
                                                                     Deputy Clerk